**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge: Michelle H. Burns** | **Date:** February 5, 2020 |
| **USA v. Frank Capri** | **Case Number: CR-20-00096-001-PHX-JJT** |

**Assistant U.S. Attorney: Monica B. Edelstein**
**Attorney for Defendant:   Stephen Wallin**, CJA
**Interpreter:** N/A
**Defendant:   ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody ☐ Summons ☐ Writ**

## INITIAL APPEARANCE
☒ Indictment Filed                                    **Date of Arrest: 2/5/2020**
☒ Financial Affidavit taken
☒ Government is seeking detention.

## DETENTION HEARING
☒ **Set for:**  February 11, 2020 at 9:30 am before Magistrate Judge Eileen S. Willett, courtroom 305
☒ Defendant shall be temporarily detained in the custody of the United States.

## ARRAIGNMENT HEARING
☒ Held
Plea of NOT guilty entered to all pending counts.
**TRIAL: April 7, 2020 at 9:00 a.m. before the Honorable John J. Tuchi**
**PRETRIAL MOTIONS DEADLINE:** 21 days.
☒ **OTHER:**  The Government moves to unseal the case.  Motion GRANTED.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA     2 min** |
| **Deputy Clerk** Molly Frasher | **ARR  1 min** |
| | **Start:  3:22 pm** |
| | **Stop:   3:25 pm** |