THE WALLIN LAW FIRM, PLLC
D. Stephen Wallin, Attorney at Law
1641 East Osborn Road, Suite 8
Phoenix, AZ  85016
Phone:  602-254-2300
Fax:  602-254-2515
steve@stevewallin.com
State Bar No. 014289
Attorney for Defendant FRANK CAPRI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Frank Capri, et al.,<br><br>Defendants. | No. 2:20-CR-00096-JJT-001<br><br>**DEFENDANT CAPRI'S MOTION TO SEAL DETENTION HEARING MEMORANDUM**<br><br>**Under Seal**<br><br>*Hon. Deborah M. Fine* |

COMES NOW the Defendant, FRANK CAPRI, by and through Counsel undersigned, and moves for an order sealing this Motion and his detention hearing memorandum, as well as any order granting or denying this motion. Said substantive motions have been lodged in conjunction with this motion to seal and order.

Mr. Capri will also move that the detention hearing be sealed.

This relief is appropriate because the detention memorandum reveals that ███████████████████████████████████████████████ of ███████████████████████████████████████████████ ███████████████████████████████████

RESPECTFULLY SUBMITTED November 25, 2020.

THE WALLIN LAW FIRM, PLLC

s/ *D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Attorney for Defendant FRANK CAPRI

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
*www.thewallinlawfirm.com*

*Certificate of Service*

I hereby certify that on the above date, I electronically transmitted the forego-ing **DEFENDANT CAPRI'S MOTION TO SEAL DETENTION HEAR-ING MEMORANDUM** along with any exhibits, to the Clerk of Court, District of Arizona, using the CM/ECF System for filing under seal.

I hereby certify that on the above date, I electronically transmitted the forgoing **DEFENDANT CAPRI'S MOTION TO SEAL DETENTION HEARING MEMORANDUM**, along with any exhibits, via email to:

**Hon.  Deborah M. Fine**
**United States Magistrate Judge**

**Ms. Monica Edelstein**
**Assistant United States Attorney**


THE WALLIN LAW FIRM, PLLC


 s/ *D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Attorney for Defendant FRANK CAPRI