GARY M. RESTAINO
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Monica.Klapper@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR- 20-00096-001-PHX-JJT |
| Plaintiff, | |
| vs. | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OR CLARIFICATION OF RELEASE CONDITIONS** |
| Frank Capri, | |
| Defendant. | |

The United States responds to Defendant's request for a modification or clarification of special condition 7, which restricts him from engaging in "any occupation in which you are responsible for the management of financial transactions or fiduciary responsibility." (Docs. 321, 340.)  The government has conferred with the probation officer in this case, Joseph Wagoner, and believes that an accommodation may be made so Defendant is able to work in automotive *sales*—while avoiding automotive finance.

Mr. Wagoner recounted that Defendant requested to work as a "financial manager" at a car dealership, and Mr. Wagoner denied that request.  Defendant did not request to work solely in automotive sales.  Upon reading the instant motion, Mr. Wagoner spoke to Defendant, who said that he would like to work in auto sales.  Related, Defendant also reported that he has applied for Social Security disability benefits.

To approve Defendant's request to be employed in auto sales, Mr. Wagoner needs to know the identity of the employer and confirm with the employer (1) its knowledge of

Defendant's current criminal convictions, and (2) the scope of the *sales* position to be filled by Defendant and specifically that it does not include anything more than what Defendant described in his motion as "[a]t most . . . taking a credit application – which the customer has completed – walking it over to the finance department, and then conveying the credit manager's decision to the customer." (Doc. 340 at 2.)

Accordingly, it appears that no modification or clarification of the condition at issue is needed currently. The government requests that, at most, this Court direct Defendant to provide Mr. Wagoner with any information he needs to complete to properly evaluate his request for employment in an automotive sales position.

Respectfully submitted this 25th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/ Monica B. Klapper*
MONICA B. KLAPPER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, I electronically transmitted the attached United States' Supplemental Restitution Memorandum for electronic filing and e-mailed a copy to the following CM/ECF registrant:

D. Stephen Wallin
Attorney for Defendant

*s/Heidi Kinwald*
U.S. Attorney's Office